JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. BENNETT, | NO. CV 15-1456-JGB (KLS) |
| Petitioner, | |
| v. | JUDGMENT |
| THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 20, 2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE